UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America
    Plaintiff

v.                                                 Civil Action No. 08-cv-335-JM

Bank of America Account No. XXXXXX2896 and
$150,000 US Currency
    Defendants

## RECUSAL ORDER

Due to my former firm's representation of the claimants in this case, I am recusing myself.

Dated: 10/21/08

James R. Muirhead
U.S. Magistrate Judge