UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Contents of Bank of America )<br>Account # 9512532896, held by )<br>Jaime Salas and Gabriela Salas; )<br>)<br>and )<br>)<br>One Hundred Fifty Thousand Dollars )<br>($150,000) in United States Currency, )<br>seized from Jaime Salas and Gabriela Salas )<br>)<br>Defendants-in-rem. )<br>) | Civil No. 08-335-JD |

**FINAL ORDER OF FORFEITURE OF $130,000 OF DEFENDANT IN REM $150,000, AND DISMISSAL OF THE REMAINDER OF DEFENDANT IN REM, $20,000**

1. On September 10, 2008, the United States filed an Amended Verified Complaint for Forfeiture in Rem seeking the forfeiture of the defendant-in-rem One Hundred Fifty Thousand Dollars ($150,000) in United States Currency, seized from Jaime Salas and Gabriela Salas, based upon alleged violations of 31 U.S.C. §§ 5313(a) and 5324.  The Amended Verified Complaint, Amended Summons and Warrant of Arrest in Rem, Notice of Complaint, and ECF Notice were served on all known potential claimants, including Jaime Salas and Gabriela Salas.

2. A legal notice of this action in-rem was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 27, 2009.

3. Jaime Salas and Gabriela Salas filed timely claims to the defendant-in-rem One Hundred Fifty Thousand Dollars ($150.000) in United States Currency, Seized from Jaime Salas and Gabriela Salas on October 21, 2008.

4. With the exception of the above-listed claims, no other claims have been filed with respect to the defendant-in-rem.

5. A settlement has been reached with the only known claimants, Jaime Salas and Gabriela Salas to the defendant-in-rem $150,000 in U.S. Currency.

6. The United States, Jaime Salas and Gabriela Salas have reached a stipulated Settlement agreement providing for the forfeiture $130,000 of the funds, and the dismissal and release of $20,000 of the funds to Jaime Salas.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A. That all right, title and interest to $130,000 of the defendant-in-rem $150,000 is hereby condemned, forfeited and vested in the United States of America pursuant to 31 U.S.C. § 5317(c)(2) and 18 U.S.C. § 984, free from the claims of any other party.

B. That the remaining balance of the defendant-in-rem, $20,000, is dismissed from this case.

C. That the United States Treasury, Internal Revenue Service is hereby ordered to release the remaining balance of $20,000 to Jaime Salas.

D. That the forfeited funds shall be disposed of by the United States Treasury, Internal Revenue Service in accordance with the applicable law and regulations. These funds, less costs to the United States Treasury, Internal Revenue Service associated with the defendant-in-rem, shall be deposited into the Department of Treasury Assets Forfeiture Fund in accordance with Title 31, United States Code, Section 9703(a).

E. That Jaime Salas and Gabriela Salas shall bear their own costs of this proceeding, including attorney's fees, if any.

The Clerk is hereby directed to send two certified copies of this Order to the United States Attorney's Office, attention: Robert J. Rabuck, AUSA, and copies to counsel of record.

Dated: February 10, 2012                /s/ Joseph A. DiClerico, Jr.
                                        UNITED STATES DISTRICT COURT JUDGE